IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY T. LEWIS, | No. 2:24-CV-0233-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint. See ECF No. 10. Good cause appearing therefor, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDRED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 10, is GRANTED.

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: March 1, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1