IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY T. LEWIS,<br><br>   Plaintiff,<br><br>  v.<br><br>WARDEN, et al.,<br><br>   Defendants. | No. 2:24-CV-0233-KJM-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for an extension of time to file a first amended complaint. See ECF Nos. 13 and 15. Also before the Court is Plaintiff's motion for correction of the Court's January 24, 2024, order. See ECF No. 12.

   In his motion for correction of the January 24, 2024, order, Plaintiff states that the Court mistakenly noted that Plaintiff's surgery occurred in May 2023 instead of the correct date of November 19, 2021. Plaintiff's objection is sustained and the Court's prior order of January 24, 2024, will be corrected to reflect Plaintiff's allegation that surgery occurred on November 19, 2021.

/ / /

/ / /

/ / /

In his motions for an extension of time, Plaintiff seeks an additional 45 days within which to file a first amended complaint pursuant to the Court's January 24, 2024, order dismissing Plaintiff's original complaint with leave to amend. Good cause appearing therefor based on Plaintiff's declarations indicating the need for additional time to research his claims and present an amended complaint in compliance with the Court's January 24, 2024, order, Plaintiff's motions will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for correction, ECF No. 12, is GRANTED.

2. The Court's January 24, 2024, order is hereby CORRECTED to reflect Plaintiff's allegation that surgery occurred on November 19, 2021.

3. Plaintiff's motions for a 45-day extension of time to file a first amended complaint, ECF Nos. 13 and 15, are GRANTED.

4. Plaintiff shall file a first amended complaint within 45 days of the date of this order.

Dated: May 15, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE