UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAUNCEY T. LEWIS,** | Case No. 2:24-cv-0233-DC-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. FARHAT,** | |
| Defendant. | |

On September 25, 2024, the Court referred this action to the Post-Screening Alternative Dispute Resolution (ADR) project.  *See* Doc. No. 25.  Defendant A. Farhat now moves to opt out of the Post-Screening ADR Project.  *See* Doc. No. 29.  Upon due consideration of the reasons set forth in support of Defendant's motion, good cause appearing, the Court **GRANTS** the motion. The stay of proceedings imposed on September 25, 2024, is **LIFTED**.  The Court will set an

/ / /

/ / /

1

initial schedule for this litigation by separate order.

**IT IS SO ORDERED**.

Dated:  October 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE