IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY T. LEWIS, | No. 2:24-CV-0233-DC-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| FARHAT, | |
| Defendant. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the following motions filed by Plaintiff: (1) motion to compel, ECF No. 35; (2) motion to preserve recordings, ECF No. 38; and (3) motion for outside medical examination, ECF No. 39.

   Plaintiff's motions will be stricken as procedurally defective. Specifically, Plaintiff has not provided a proof of service of these motions on Defendant as required under the Court's local rules. Defendant appeared in this action by way of an answer filed on September 23, 2024. <u>See</u> ECF No. 24. The three pending motions were all filed in 2025. Under Eastern District of California Local Rule 135(d), copies of all documents filed with the Court shall be served on all other parties to the action. Here, Plaintiff has failed to provide a proof of service on defense counsel. As such, Plaintiff's filings are procedurally defective and will be stricken.

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions at ECF Nos. 35, 38, and 39 are STRICKEN and the Clerk of the Court is directed to terminate these motions as pending matters.

Dated: July 3, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE