IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAUNCEY T. LEWIS,**<br><br>Plaintiff,<br><br>v.<br><br>**A. FARHAT,**<br><br>Defendant. | Case No. 2:24-cv-0233-DC-DMC-P<br><br>**ORDER** |

Defendant has moved *ex parte* to extend the time to file a dispositive motion. See ECF No. 56. Having read and considered Defendant's *ex parte* application and the declaration of Defendant's counsel supporting the motion, and for good cause appearing, Defendant's motion is **GRANTED** to the extent the Court will vacate the dispositive motion filing deadline pending resolution of other pending motions at ECF Nos. 44, 45, 46, 47, 52, and 55**.**

IT IS SO ORDERED.

Dated:  November 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1