**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAUNCEY T. LEWIS,<br>Plaintiff,<br>v.<br>FARHAT, et al.,<br>Defendants. | No. 2:24-cv-0233-DC-ICD-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 74, entitled "Motion Denial of Qualified Immunity." In this motion, Plaintiff appears to seek an order determining that the defendants in this case are not entitled to qualified immunity. Plaintiff's motion is denied because, at this stage of the proceedings, no defendant has asserted qualified immunity as an affirmative defense. As such, the issue is not presently before the Court. If a defendant asserts qualified immunity as an affirmative defense, Plaintiff may renew his argument in opposition to any such assertion.

IT IS SO ORDERED.

Dated: September 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE